NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBE CONSULTING ENGINEERS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN BAILEY DESIGN, LLC AND JONATHAN BAILEY ASSOCIATES INTERNATIONAL COMPANIES, LLC, AS GENERAL PARTNER OF JONATHAN BAILEY ASSOCIATES, Ltd.<br><br>    Defendants. | CASE NO.  CV 10-1702-JST (JCx)<br><br>JUDGMENT PURSUANT TO STIPULATION |

In the above entitled action, Plaintiff, IBE CONSULTING ENGINEERS, INC. ("IBE") and Defendants JONATHAN BAILEY DESIGN, LLC AND JONATHAN BAILEY ASSOCIATES INTERNATIONAL COMPANIES, LLC, AS GENERAL PARTNER OF JONATHAN BAILEY ASSOCIATES, Ltd. have stipulated that judgment be entered in favor of Plaintiff and jointly severally against said Defendants JONATHAN BAILEY DESIGN, LLC AND JONATHAN BAILEY ASSOCIATES INTERNATIONAL COMPANIES, LLC, AS GENERAL PARTNER OF JONATHAN BAILEY ASSOCIATES, Ltd. in the sum of $120,000 less any sums actually paid to Plaintiff by

LAW OFFICES
HART, WATTERS &
CARTER

1  Defendants.  Defendants have paid $25,000 to Plaintiff.
2      ACCORDINGLY, IT IS HEREBY ADJUDGED, ORDERED AND DECREED that
3  Plaintiff IBE have judgment jointly and severally against
4  Defendants JONATHAN BAILEY DESIGN, LLC AND JONATHAN BAILEY
5  ASSOCIATES INTERNATIONAL COMPANIES, LLC, AS GENERAL PARTNER OF
6  JONATHAN BAILEY ASSOCIATES, Ltd., in the sum of $95,000.
7
8  DATED: May 23, 2012
9                                    _____
10                                   Honorable Josephine Staton Tucker

LAW OFFICES
HART, WATTERS &
CARTER

2
Judgment pursuant to Stipulation